PATRICIA A. MCCOLM, J.D.
P.O. Box 493037
Redding, CA 96049
(415) 333-8000

Plaintiff, pro se

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATRICIA A. MCCOLM,<br><br>Plaintiff,<br><br>v.<br><br>FOREMOST INSURANCE COMPANY,<br><br>Defendant. | CASE NO: 09-4132-SI<br><br>HON. SUSAN ILLSTON<br>DEPT 10<br><br>(proposed **ORDER GRANTING ENLARGEMENT OF TIME TO AMEND COMPLAINT PURSUANT TO STIPULATION** |

Plaintiff PATRICIA A. MCCOLM and Defendant FOREMOST INSURANCE COMPANY through its attorneys HOLLINS SCHECHTER having stipulated to enlarge the time to June 1, 2010 for plaintiff to amend the complaint,

IT IS HEREBY ORDERED that:

The current date of May 7, 2010 for plaintiff to amend the complaint is enlarged to June 1, 2010.

Dated: April __4/29__, 2010

_____
SUSAN ILLSTON
United States District Judge

900224

1

[PROPOSED] ORDER