IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

PATRICIA A MCCOLM,

        Plaintiff,

  v.

FOREMOST INSURANCE CO,

        Defendant.
                             /

No. C 09-04132 SI

**PRETRIAL PREPARATION ORDER**

It is hereby **ORDERED** pursuant to F.R.C.P. and the Local Rules of this Court:

FURTHER CASE MANAGEMENT: <u>November 5, 2010</u> at <u>3:00 p.m.</u>
Counsel *must* file a joint case management statement seven days in advance of the conference.

DISCOVERY PLAN: Per F.R.Civ.P and Local Rules, subject to any provisions below.

NON-EXPERT DISCOVERY CUTOFF is <u>March 31, 2011</u>.

DESIGNATION OF EXPERTS: <u>1/14/11</u>; REBUTTAL: <u>1/31/11</u>.
    Parties **SHALL** conform to Rule 26(a)(2).

EXPERT DISCOVERY CUTOFF is <u>March 1, 2010</u>.

DISPOSITIVE MOTIONS **SHALL** be filed by <u>March 4, 2011</u>;

    Opp. Due <u>April 1, 2011</u> ; Reply Due <u>April 22, 2011</u>;

    and set for hearing no later than <u>May 6, 2011</u> at <u>9:00 AM</u>.

PRETRIAL CONFERENCE DATE: <u>June 14, 2011</u> at <u>3:30 PM</u>.

JURY TRIAL DATE: <u>June 27, 2011</u> at <u>8:30 AM.</u>,
    Courtroom 10, 19th floor.

TRIAL LENGTH is estimated to be _ days.

SPECIAL DISCOVERY AND PRETRIAL PROVISIONS:
Defendant shall confirm if McColm cashes the check if it will be a waiver of any claim. Plaintiff shall produce her initial disclosures by 7/16/10.
This case shall be referred to a magistrate-judge for settlement purposes. The settlement conference shall occur before October 29, 2010.

The pretrial conference **SHALL** be attended by trial counsel prepared to discuss all aspects of the case, including settlement. Parties **SHALL** conform to the attached instructions. Plaintiff is ORDERED to serve a copy of this order on any party subsequently joined in this action.

Dated:

                                                  SUSAN ILLSTON
                                                  United States District Judge