IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATRICIA A. MCCOLM, | No. C 09-04132 SI |
| Plaintiff, | **ORDER GRANTING PLAINTIFF'S REQUEST FOR EXTENSION OF TIME AND REQUEST FOR LEAVE TO FILE REPLIES IN SUPPORT OF RECENT MOTIONS TO COMPEL** |
| v. | |
| FOREMOST INSURANCE COMPANY, | |
| Defendant. | |

Plaintiff Patricia McColm has filed a request for an order granting her a standing extension of 15 days (1) beyond the time specified in the Court's Standing Order to respond to any discovery letter brief filed by defendant, and (2) beyond the time specified in the Northern District's Civil Local Rules to respond to any motion or opposition. The request is hereby GRANTED. Plaintiff will be permitted an additional 15 days to respond to any letter brief, motion, or opposition. The hearing dates on any affected motions will be adjusted accordingly.

Plaintiff also seeks to file reply briefs in support of her three recent motions to compel (Docket Nos. 42, 44, 45). That request is also GRANTED.

**IT IS SO ORDERED.**

Dated: August 25, 2010

SUSAN ILLSTON
United States District Judge