IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATRICIA A MCCOLM, | No. C 09-04132 SI |
| Plaintiff, | **ORDER DENYING PLAINTIFF'S LETTER MOTION AS MOOT AND DIRECTING PLAINTIFF NOT TO FAX LETTERS OR FILINGS TO THE COURT** |
| v. | |
| FOREMOST INSURANCE CO, | |
| Defendant. | |

Plaintiff faxed a letter to the court on September 27, 2010 requesting certain relief with regard to a deposition that was scheduled for September 28, 2010. The Court does not have direct access to faxes sent to the number used by plaintiff and therefore did not receive the fax until the request made in the letter was already moot. Therefore, plaintiff's requests are DENIED as moot.

Fax is not the appropriate method of communicating with the Court. Plaintiff is directed to communicate with the court by mail, by delivering filings directly to the courthouse, or by electronic filing.

Additionally, it has come to the Court's attention that plaintiff has attempted to contact the court directly by telephone. Plaintiff is required to contact the court in writing in order that defendant can be provided with a copy of any communication between plaintiff and the Court. This provides defendant with the opportunity to be aware of what requests have been made to the Court.

If plaintiff remains concerned about who can access deposition recordings and transcripts, or documents produced during discovery, plaintiff may file a motion for a protective order outlining her specific concerns.

**IT IS SO ORDERED.**

Dated: September 28, 2010

SUSAN ILLSTON
United States District Judge