IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATRICIA A MCCOLM,<br><br>            Plaintiff,<br><br>   v.<br><br>FOREMOST INSURANCE CO,<br><br>            Defendant.<br>                                                          / | No. C 09-04132 SI<br><br>**ORDER RE: PLAINTIFF'S REQUEST FOR MODIFICATION** |

On September 28, 2010, the Court filed an Order directing plaintiff not to fax letters or filings to the Court. Doc. 73. On October 26, the Court received a request to modify that Order and permit plaintiff to fax the Court in limited circumstances, and in particular when she wishes a request for accommodation of her disability. Defendant opposes plaintiff's request.

The Court hereby GRANTS plaintiff's request and modifies the second paragraph of its previous Order as follows:

Fax is not a preferred method of communicating with the Court. Plaintiff is directed to communicate with the court by mail, by delivering filings directly to the courthouse, or by electronic filing. When it is necessary for plaintiff to file papers in an expedited manner in relation to proceedings before Judge Illston, she may fax such filings to (415) 522-2184. Plaintiff is also directed to follow normal filing procedures and mail or deliver the filings to the courthouse, or file them electronically. Plaintiff also needs to be aware that faxes sent to the above number may not reach the Court more quickly that filings sent by mail, and filings left until the last minute may become moot if they do not reach the Court in time.

If it is necessary for plaintiff to file papers in an expedited manner in relation to proceedings

before another Judge, she may request an accommodation from that Judge directly, and nothing in this Order shall be construed to require that Judge to grant or deny her request.

**IT IS SO ORDERED.**

Dated:  November 12, 2010

_____
SUSAN ILLSTON
United States District Judge