UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATRICIA A. McCOLM,<br><br>           Plaintiff,<br><br>      v.<br><br>FOREMOST INSURANCE COMPANY,<br><br>           Defendant.<br>_____/ | Case No. 09-4132 SI (EMC)<br><br>**ORDER DENYING PLAINTIFF'S REQUEST FOR RECONSIDERATION (Letter of April 1, 2011)**<br><br>**(Docket #137)** |

     Plaintiff' faxed to this Court a letter dated April 1, 2011 which the Court treats as a Request for Reconsideration (Docket #137). Plaintiff's request is hereby denied. The briefing schedule and hearing date as stated in this Court's April 1, 2011 Order Granting in Part and Denying in Part Motion to Stay and/or Continue Discovery (Docket #134) remain the same. The Court will not entertain any further motions or requests for relief in regard to the pending discovery motions. Plaintiff shall not call the Court regarding the pending discovery motions.

     IT IS SO ORDERED.

Dated: April 4, 2011

_____
EDWARD M. CHEN
United States Magistrate Judge

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

PATRICIA A MCCOLM,

      Plaintiff,

  v.

FOREMOST INSURANCE CO et al,

      Defendant.

                         Case Number: CV09-04132 SI

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on April 4, 2011, I SERVED a true and correct copy(ies) of the attached, by fax and by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Patricia A. McColm
P.O. Box 113
Lewiston, CA 96052

Dated: April 4, 2011

Richard W. Wieking, Clerk
By: Betty Lee, Deputy Clerk

2