IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATRICIA A. McCOLM, | No. C 09-04132 SI |
| Plaintiff, | **ORDER DENYING MOTION FOR STAY** |
| v. | |
| FOREMOST INSURANCE CO., | |
| Defendant. | |

Plaintiff has filed a motion for an immediate stay of indeterminate length. That motion is DENIED. (Doc. 144.) If plaintiff has a specific conflict with the specific date and specific time of the April 27 hearing before Judge Chen, she may file a motion for relief directly with Judge Chen.

**IT IS SO ORDERED.**

Dated: April 14, 2011

SUSAN ILLSTON
United States District Judge