UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

PATRICIA A MCCOLM,

        Plaintiff,

  v.

FOREMOST INSURANCE CO et al,

        Defendant.
                                            /

Case Number: CV09-04132 SI

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on April 26, 2011, I SERVED a true and correct copy(ies) of the Order dated 4/26/11 by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Patricia A. McColm
P.O. Box 113
Lewiston, CA 96052 (also verbal notice)

Dated: April 26, 2011

Richard W. Wieking, Clerk
By: Betty Lee, Deputy Clerk