IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

PATRICIA A MCCOLM,

    Plaintiff,

v.

FOREMOST INSURANCE CO,

    Defendant.

No. C 09-04132 SI

**ORDER DENYING MOTION FOR RELIEF FROM NONDISPOSITIVE PRETRIAL ORDER OF MAGISTRATE JUDGE**

On April 28, 2011, Magistrate Judge Edward M. Chen ordered plaintiff to provide defendant with certain discovery by May 11, 2011. *See* doc. 157. Plaintiff has filed a motion for relief with the Court, requesting an additional fifteen days to comply with Magistrate Judge Chen's order. That motion is DENIED for the reasons stated by Magistrate Judge Chen when he denied plaintiff's request for a fifteen day extension. *See* doc. 164.

**IT IS SO ORDERED.**

Dated: May 11, 2011

SUSAN ILLSTON
United States District Judge