UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATRICIA A. McCOLM,<br><br>   Plaintiff,<br><br>   v.<br><br>FOREMOST INSURANCE COMPANY,<br><br>   Defendant.<br>_____/ | No. C-09-4132 SI (EMC)<br><br>**ORDER DENYING PLAINTIFF'S EMERGENCY MOTION FOR ORDER CONTINUING HEARING DATE RE MOTION TO COMPEL AND FOR COMPLETION OF DEPOSITION**<br>**(Docket No. 174)** |

On May 16, 2011, this Court issued an order granting in part and denying in part Defendant's motion to compel and vacated the May 18, 2011 hearing (Docket #175). Therefore, Plaintiff's motion to continue said hearing is moot. With regard to Plaintiff's motion to continue the completion date for Plaintiff's deposition, this motion should be directed to Judge Illston in light of her Order (Docket #160), stating "The deposition shall be completed on or before Thursday, May 19, 2011" (page 3), and that "No extensions of time will be granted."

Accordingly, Plaintiff's motion to continue hearing on the motion to compel is denied. The motion to continue deposition is denied without prejudice.

IT IS SO ORDERED.

Dated: May 16, 2011

_____
EDWARD M. CHEN
United States Magistrate Judge

United States District Court
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATRICIA McCOLM, | No. C-09-4132 SI (EMC) |
| Plaintiff, | |
| v. | |
| FOREMOST INSURANCE COMPANY, | **CERTIFICATE OF SERVICE** |
| Defendant. | |

I, the undersigned, hereby certify that I am an employee in the U.S. District Court, Northern District of California.  On the below date, I served a true and correct copy of the attached, by placing said copy/copies in a postage-paid envelope addressed to the person(s) listed below, by depositing said envelope in the U.S. Mail; or by placing said copy/copies into an inter-office delivery receptacle located in the Office of the Clerk.

Patricia A. McColm
P.O. Box 113
Lewiston, CA 96052 (Also by fax)

Dated:  May 16, 2011                                    RICHARD W. WIEKING, CLERK

                                                                        By: _____
                                                                              Betty Lee
                                                                              Deputy Clerk

2