**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

PATRICIA A. McCOLM,

    Plaintiff,

v.

FOREMOST INSURANCE CO.,

    Defendant.

No. C 09-04132 SI

**SECOND ORDER RE: URGENT REQUESTS FOR FURTHER ORDER**

    Plaintiff Patricia McColm has requested an extension of time in which to file her response/opposition to defendant's motion to dismiss. Dkt. 191. Plaintiff has submitted medical documents to the Court indicating that she will be unable to attend to legal matters between July 19 and September 19, 2011. Dkt. 193. Plaintiff has also requested other relief. Dkt. 194.

    Plaintiff's request to extend time is GRANTED. Her response/opposition is due at **2:00 p.m. on Friday, July 15, 2011**. Defendant Foremost Insurance Co. may file a reply by **2:00 p.m. on Friday, July 29, 2011**. The July 15, 2011 hearing on defendant's motion is VACATED, and the Court will take the motion under submission.

    **All parties are advised that henceforth neither the Court nor the clerk of the Court will accept any direct communications, by telephone, email, or otherwise, from any party or nonparty regarding this lawsuit. Any communication from the parties SHALL BE filed and in writing**. Additionally, the parties SHALL NOT direct nonparties to communicate with the Court in any manner other than communicating through writings filed with the Court. Plaintiff may submit her written filings to the Court by fax without prior approval. However, she should check the case docket to make sure

1  that her papers have been received and docketed.

2      Any other requested relief not addressed in this order is DENIED.

4  **IT IS SO ORDERED.**

6  Dated:  June 30, 2011

_____
SUSAN ILLSTON
United States District Judge