IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATRICIA A. McCOLM, | No. C 09-04132 SI |
| Plaintiff, | **JUDGMENT** |
| v. | |
| FOREMOST INSURANCE CO., | |
| Defendant. | |

Defendant's motion to dismiss has been granted, and this action is dismissed with prejudice. Judgment is entered accordingly.

Dated: August 30, 2011

_____
SUSAN ILLSTON
United States District Judge