IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

PATRICIA A. McCOLM,                                      No. C 09-04132 SI

       Plaintiff,                                              **ORDER CHANGING REPLY BRIEF DUE DATE**

  v.

FOREMOST INSURANCE CO,

       Defendant.
                                         /

      A hearing is set for plaintiff's motion to alter or amend the Court's August 30, 2011 order dismissing this action. Plaintiff filed the instant motion on September 12, 2011, and defendant timely opposed on September 26, 2011. Plaintiff's reply was due October 3, 2011. At plaintiff's request, the reply due date is hereby extended to **October 18, 2011.**

      **IT IS SO ORDERED.**

Dated: September 30, 2011

                                                   SUSAN ILLSTON
                                                   United States District Judge