IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

PATRICIA A. McCOLM,

        Plaintiff,

  v.

FOREMOST INSURANCE CO,

        Defendant.

        /

No. C 09-04132 SI

**ORDER CHANGING REPLY BRIEF DUE DATE**

    A hearing is set for plaintiff's motion to alter or amend the Court's August 30, 2011 order dismissing this action. Plaintiff filed the instant motion on September 12, 2011, and defendant timely opposed on September 26, 2011. Plaintiff's reply was due October 3, 2011. At plaintiff's request, the reply due date is hereby extended to **October 18, 2011.**

**IT IS SO ORDERED.**

Dated: September 30, 2011

SUSAN ILLSTON
United States District Judge