IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

PATRICIA A McCOLM,

    Plaintiff,

v.

FOREMOST INSURANCE CO.,

    Defendant.

No. C 09-04132 SI

**ORDER GRANTING EXTENSION OF TIME TO FILE NOTICE OF APPEAL**

Plaintiff has requested a 30 day extension from the December 8, 2011 due date to file a notice of appeal, due to medical necessity. *See* Doc. 232. Pursuant to Federal Rule of Appellate Procedure 4(a)(5) and for good cause shown, the Court hereby GRANTS plaintiff's request. She must file a notice of appeal no later than **January 7, 2012.**

**IT IS SO ORDERED.**

Dated: December 12, 2011

SUSAN ILLSTON
United States District Judge