IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

PATRICIA A McCOLM,                                            No. C 09-04132 SI

    Plaintiff,                                                    **ORDER GRANTING EXTENSION OF TIME TO FILE NOTICE OF APPEAL**

  v.

FOREMOST INSURANCE CO.,

    Defendant.
                                      /

      Plaintiff has requested a 30 day extension from the December 8, 2011 due date to file a notice of appeal, due to medical necessity. *See* Doc. 232. Pursuant to Federal Rule of Appellate Procedure 4(a)(5) and for good cause shown, the Court hereby GRANTS plaintiff's request. She must file a notice of appeal no later than **January 7, 2012.**

      **IT IS SO ORDERED.**

Dated: December 12, 2011

                                                              SUSAN ILLSTON
                                                              United States District Judge