IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATRICIA A. McCOLM, | No. C 09-04132 SI |
| Plaintiff, | **ORDER RE: PLAINTIFF'S REQUEST FOR COURT RECORDS** |
| v. | |
| FOREMOST INSURANCE CO., | |
| Defendant. | |

On October 15, 2013, the Court received a request for court records from Plaintiff Patricia McColm. Docket No. 259. Shortly thereafter, the Clerk's Office mailed plaintiff the requested documents, so the request has in fact been granted.

However, plaintiff's action is currently on appeal before the Ninth Circuit after this Court's entry of final judgment. *See* Docket Nos. 217, 235, 238. "The filing of a notice of appeal divests the district court of jurisdiction." *Gould v. Mutual Life Ins. Co.*, 790 F.2d 769, 772 (9th Cir. 1986). Therefore, this Court lacks jurisdiction to entertain further motions or requests in this action. All such motions or requests should be filed in the Ninth Circuit.

**IT IS SO ORDERED.**

Dated: October 22, 2013

SUSAN ILLSTON
United States District Judge